## BENJAMIN McILVAIN v. BURTON MORRIS.

Court of Common Pleas.   Sussex.   November, 1795.

*Wilson's Red Book, 83.*

BASSETT, C. J. (Charge.)   There is evidence of delay between the times of striking.   If you are of opinion that there was time for the parties to cool and there was no resentment for the first abuse—if there was time to cool and plaintiff was cool, and the second stroke was in consequence of the second abuse, the defendant is guilty.

Verdict for defendant.